IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**THOMAS KURTZ,**

   *Plaintiff*,

v.                                       Case No.: 1:24cv7-MW/HTC

**CORRECTIONS OFFICER
LIPKA, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. The Magistrate Judge recommends dismissal of Plaintiff's 42 U.S.C. § 1983 complaint because venue is improper and the allegations are frivolous. *Id.* at 3–4. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion.

2. Plaintiff's complaint under 42 U.S.C. § 1983, ECF No. 1, is **DISMISSED without prejudice**.

3. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** under 28 U.S.C. § 1406(a)."

4. The Clerk shall close the file.

**SO ORDERED on February 20, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
